# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:24-CV-00968-KDB-SCR

| | |
|---|---|
| JAMES S., et. al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| MEDCOST BENEFIT SERVICES LLC, ) | |
| et. al., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on the "Motion for Admission *Pro Hac Vice* and Affidavit [for Brian S. King]" (Doc. No. 3) filed November 20, 2024. For the reasons set forth therein, the Motion will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel <u>and to the Honorable Kenneth D. Bell.</u>

**SO ORDERED**.

Signed: November 20, 2024

Susan C. Rodriguez
United States Magistrate Judge